UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Geovanny Jose Almonte** | : | Chapter 13 |
| | : | |
| | : | Case No. 18-66853-WLH |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |

**NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING**

Debtor Geovanny Jose Almonte has filed an Objection to Proof of Claim Number 3 on January 23, 2019. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty (30) days from the date of service of this notice**. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at, 75 Ted Turner Drive SW, Atlanta, GA 30303, and serve a copy to the Debtor's Attorney, Jerry C. Carter, Jr. 621 Spring Street SE, Gainesville, GA 30501, and any other appropriate persons

by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for March 6, 2019 at 9:30 a.m., in Atlanta, Georgia, Courtroom 1403 at the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division. If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objections within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: <u>January 23rd, 2019</u>

                                            BY: <u>/s/ Jerry C. Carter, Jr</u>
                                            Jerry C. Carter, Jr
                                            Georgia Bar Number 114490
The Carter Firm PC              Attorney for Debtor
621 Spring Street SE
Gainesville, GA 30501

7702878850
jedcarter@thecarterfirm.com

This <u>23rd </u>day of <u>January</u>, 2019.

**I**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Geovanny J. Almonte     CHAPTER 13

: 

:     CASE NUMBER: 18-66853-WLII

:

**Debtor.**     :

### DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 3

NOW COMES Debtor, by and through his attorney, and files the following objection to Proof of Claim Number 3 filed on January 14, 2019 by NYC-HRA Office of Child Support Enforcement ("Creditor") claiming an alleged arrearage of $7017.0 by debtor.

1.

Debtor's Plan proposed to pay off IRS tax debt in full as well as small unsecured creditors 100 per cent.

2.

Debtor has been paying child support through Creditor for over seven years. The payments are taken from debtor's employer directly.

3.

Debtor disclosed same on his schedules and his Plan proposes to pay this DSO directly.

4.

Creditor filed this POC claiming an arrearage—however debtor is not in arrears and is not being subjected to any contempt proceedings. Debtor receives a bill and the latest one shows no arrearage. See Ex. A.

5.

As Creditor's claim for arrearage is false, its POC should be denied by the Court and debtor's Plan proposing to pay his on-going DSO outside of the Plan should be confirmed by the Court.

WHEREFORE, Debtor files the above Objection to Proof of Claim Number 3 and requests that the claim be disallowed as a claim against this creditor; and requests any other relief that the Court may deem appropriate.

BY: /s/ Jerry C. Carter, Jr
Jerry C. Carter, Jr
Georgia Bar Number 114490
Attorney for Debtor

The Carter Firm PC
621 Spring Street SE
Gainesville, GA 30501
7702878850
jedcarter@thecarterfirm.com   This 23rd day of January, 2019.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: Geovanny J. Almonte : | CHAPTER 13 |
| : | CASE NUMBER: 18-66853-WLH |
| : | |
| Debtor. : | |

### CERTIFICATE OF SERVICE

The undersigned Jerry C. Carter, Jr. Attorney for Debtor in the above styled bankruptcy certifies that I am and at all times hereinafter mentioned was more than eighteen (18) years of age, and that on the 23rd day of January, 2019, I served a copy of the **Debtor's Objection to Proof of Claim Number together with the Notice Of Pleading, Deadline To Object and for Hearing** in the above-captioned proceedings to the below by sending a copy of same in United States Mail in an envelope properly addressed with adequate postage thereon to ensure delivery to:

Nancy J. Whaley
Standing Chapter 13 Trustee
Suntrust Plaza Garden Offices
Suite 120, 303 Peachtree Center Avenue
Atlanta, GA 30303

NYC-HRA Office of Child Support Enforcement
Attn: Arlene Whilby
150 Greenwich Street
40th Floor
New York, NY 1007

   This 23rd day of <u>January</u>, 2019.

                                            BY: <u>/s/ Jerry C. Carter, Jr</u>
                                            Jerry C. Carter, Jr
                                            Georgia Bar Number 114490

The Carter Firm PC                      Attorney for Debtor
621 Spring Street SE
Gainesville, GA 30501

7702878850

jedcarter@thecarterfirm.com