NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15368
ALBANY NY 12212-5368

**CHILD SUPPORT BILL
AS OF
11/30/2018**

New York Case Identifier:
NV03069R1

#BWNMVWF
#007F F707 7F3B A1E9#
ALMONTE, GEOVANNY J

3628 RIP RAP DR
BUFORD GA 30519-7213

**Support Due To:**
VILELA, CYNTHIA

**NYS CHILD SUPPORT HELPLINE**
Contact us by phone at 888-208-4485
TTY at 866-875-9975
Video Relay Service
(fcc.gov/encyclopedia/trs-providers)

## ACCOUNT INFORMATION



| | | |
|---|---:|---|
| Previous Past Due Balance: | $6,305.27 | |
| Obligations Charged: | $1,065.00 | |
| Interest Charged: | $50.74 | |
| Payments Received: | $1,278.00 | |
| New Past Due Balance: | $6,143.01 | |
| TOTAL ARREARS OWED: | $6,143.01 | |

**TOTAL AMOUNT TO PAY***

| | | |
|---|---:|---|
| Current Obligation: | $213.00 | Weekly |
| Arrears Obligation: | $0.00 | |
| Additional Amount: | $106.50 | Weekly |

**DATE OF COLLECTION AND PAYMENT AMOUNT:**

| | |
|---|---:|
| 11/20/18 | $426.00 |
| 11/20/18 | $213.00 |
| 11/06/18 | $213.00 |
| 11/06/18 | $426.00 |

**Next Payment Due Dates:**

| | |
|---|---|
| 12/02 | 12/23 |
| 12/09 | 12/30 |
| 12/16 | 01/06 |

Payments received after the summary "As Of" date will appear on next month's statement.

## PAYMENT INSTRUCTIONS

You may pay by check, money order, or online, if you are not paying by income withholding. If you are paying by check or money order, make it payable to the **NYS Child Support Processing Center** and write your **New York Case Identifier** shown above on the check or money order. Mail your payment to **NYS Child Support Processing Center, PO Box 15363, Albany NY 12212-5363**. You may use the coupon below. To create additional coupons, log on to New York State Child Support website at **childsupport.ny.gov** and CLICK on **NONCUSTODIAL PARENT SERVICES** on the NAVIGATION BAR. To pay online, go to **e-childspay.com** or **expertpay.com** for more information.

*The "TOTAL AMOUNT TO PAY" is the total of any "Current Obligation," "Arrears Obligation," and "Additional Amount" (50% of the current obligation) that you owe. You must pay the additional amount until the "TOTAL ARREARS OWED" is paid in full. By doing this you may avoid administrative or court enforcement actions. If you cannot pay the "TOTAL AMOUNT TO PAY" call the NYS Child Support Helpline for assistance.

## CHANGE OF ADDRESS

If you have a change of address you may call the NYS Child Support Helpline to report the change OR complete the address section of the coupon provided below and mail the coupon to us with your payment.

✂ Cut Here --------------------------------------------------------------------------------------

RESPNYC - 250939  66

**CHILD SUPPORT PAYMENT COUPON**

| NY Case Identifier: | NV03069R1 |
|---|---|
| Noncustodial Parent: | ALMONTE, GEOVANNY J |
| Custodial Parent: | VILELA, CYNTHIA |

AMOUNT ENCLOSED  $

083647-01-01

Please print address change below



**Include this coupon with your payment. Do NOT fold, staple or mutilate.**

150  66  233103069271  021300  6

LM3NB3 03/12/13